**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
(ELECTRONICALLY FILED)**

**CIVIL NO. 4:18CV-66-JHM
UNITED STATES OF AMERICA                                              PLAINTIFF**

**v.**

**ARTHETTA GREGORY, ET AL                                            DEFENDANTS**

### AMENDED REPORT OF WARNING ORDER ATTORNEY

Now comes John Austin and states that he was appointed warning order attorney for Arthetta Gregory in the above captioned matter. Undersigned counsel mailed a letter via the United States Postal Service to Ms. Gregory's last known address, 221 North Church Street, Madisonville, Kentucky, notifying Ms. Gregory of the pendency of this action and warning her that she must take action to defend her rights affected by it. Undersigned counsel has not heard from Ms. Gregory regarding that letter. Undersigned counsel also attempted to reach Ms. Gregory by telephone but her last listed number is now disconnected. It should be noted that Ms. Gregory is believed to be approximately 89 years of age. Accordingly, undersigned counsel searched the court records of the Hopkins Circuit Clerk's office searching for any probate record related to Ms. Gregory in the event that she is now deceased. No such record was found. Out of an abundance of caution undersigned counsel also searched the online records of the Kentucky Department of Corrections. It does not appear that Ms. Gregory is an inmate in a Kentucky correctional facility. Undersigned counsel has identified three individuals who may be related to Ms. Gregory, Eric Langley, Leslie Keith Fort, and Trinity Regina

Love. Undersigned counsel attempted to reach those three individuals by telephone but was unsuccessful.

Based upon the foregoing investigation and actions undersigned counsel cannot certify that Arthetta Gregory has received actual notice of the pending action. Undersigned Warning Order Attorney knows of no defenses which Ms. Gregory may have to this action.

Wherefore, John Austin, Warning Order Attorney for Arthetta Gregory respectfully requests:

1. That the rights of Arthetta Gregory be protected.
2. That this report be reviewed and accepted.
3. That this attorney be awarded a reasonable fee for his services.

This the 25th day of July, 2018.

/s/ John D. Austin
John D. Austin
Attorney at Law
227 Saint Ann Street
Suite 400
Owensboro, Kentucky 42303
(270) 685-1885
(270) 663-0421 (fax)
Warning Order Attorney for A. Gregory

## **CERTIFICATE OF SERVICE**

      I certify that a true copy of the foregoing Report of Warning Order Attorney has been served upon the United States Attorney's office via filing of same electronically with this Court. Further, a printed copy of same has been mailed to Hon. William Campbell, Assistant United States Attorney at 717 West Broadway, Louisville, Kentucky 40202 on this the 25th day of July, 2018.

_____
John D. Austin