UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL NO: 4:18-CV-00066-JHM

UNITED STATES OF AMERICA                    PLAINTIFF

V.

STEVEN LANGLEY, ET AL                    DEFENDANTS

**REPORT OF WARNING ORDER ATTORNEY**

Comes Dax R. Womack, Warning Order Attorney, and for his Report, states as follows:

1. That he was appointed Warning Order Attorney by the U.S. District Court on April 9, 2019, to advise Defendants, Donald Langley, as heir of Arthetta Gregory; Trinity Love also known as Trinity Langley, Spouse of Gary Langley; Any unknown Heirs and Spouses of Heirs of Arthetta Gregory; Any Unknown Spouse of Arthetta Gregory; and Unknown Occupant(s), Tenant(s) or Lessee(s) of 221 N. Church Street, Madisonville, Kentucky 42431, of the nature and pendency of this action.

2. That a Complaint was served upon said Defendants by certified mail, at Donald Langley, as Heir of Arthetta Gregory, 144 Center Ridge Drive, Providence, Kentucky 42450; Trinity Love also known as Trinity Langley, Spouse of Gary Langley at 1100 Eastside Lane, Apt. 3, Madisonville, Kentucky 42431-277; Any unknown Heirs and Spouses of

Heirs of Arthetta Gregory, address unknown; Any unknown spouse of Arthetta Gregory, address unknown; and Unknown Occupant(s), Tenant(s) or Lessee(s) of 221 N. Church Street, Providence, Kentucky 42431 at 221 N. Church Street, Madisonville, Kentucky 42431.  Defendants have not yet filed an Answer.

     3.    That the green "certified" receipt was signed for By Robin Taylor at the address of Mr. Donald Langley, As Heir of Arthetta Gregory at 144 Center Ridge Drive, Providence, Kentucky 42450. That all other "green cards" were returned "Unclaimed".  Mr. Donald Langley contacted Womack Law Office LLC.  Mr. Langley stated he did not know what this was about and had no interest in the property located at 221 N. Church Street, Madisonville, Kentucky 42431.  I encouraged him to seek representation should he intend to pursue any interest.  No other Defendant(s) contacted this attorney and therefore on behalf of the above-named Defendant(s) pleads all affirmative defenses which could be asserted on their behalf in this action.

     **WHEREFORE**, Dax R. Womack prays that this be adopted as his report; that the rights of said Defendant(s) be protected; and that he be allowed a reasonable fee for his services herein.

        ___/s/Dax R. Womack_____
**WOMACK LAW OFFICE, LLC**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
(270) 826-5040

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2019 a copy of the foregoing Motion was filed electronically with the Clerk of the Court.  Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

    **Hon. William F. Campbell**
    **Asst U.S. Attorney; Bill.campbell@usdoj.gov**

    I hereby certify that on June 20, 2019 a copy of the foregoing Motion was mailed, by first-class U.S. Mail, postage prepaid and addressed to the following:

    None

        ___/s/Dax R. Womack_____
**WOMACK LAW OFFICE, LLC**
304 First Street
P.O. Box 637
Henderson, Kentucky 42419-0637
(270) 826-5040
info@womacklawofficellc.com